JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEIL W. PRESCOTT,<br><br>    Plaintiff,<br><br>vs.<br><br>MAYO CLINIC OF ARIZONA,<br><br>    Defendant. | **CASE NO.: 5-19-cv-02249-AB-SHK**<br><br>District Judge: Hon. Andre Birotte, Jr.<br>Magistrate Judge: Hon. Shashi H. Kewalramani<br><br>**ORDER OF DISMISSAL** |

In accordance with the parties' stipulation and Plaintiff's "Motion for Case Cessation" (Dkt. No. 10), and good cause appearing, the Court **ORDERS** that this matter is **DISMISSED** in its entirety, with prejudice, with each party to bear their own fees and costs.

DATED January 22, 2020.

_____
The Honorable André Birotte Jr.